# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JESUS E. TREVINO  
       4011 SEWARD AVENUE      SSN-xxx-xx-5807      Case Number: 08-72588  
       ROCKFORD, IL  61108

Case filed on: 8/13/2008  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 3,594.81 | 3,594.81 | 0.00 | 0.00 |
| | Total Priority | 3,594.81 | 3,594.81 | 0.00 | 0.00 |
| 018 | JESUS E. TREVINO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 99,484.05 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 14,380.43 | 14,380.43 | 0.00 | 0.00 |
| 017 | US DEPT OF HOUSING & URBAN DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 113,864.48 | 14,380.43 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 326.80 | 9.80 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CACH LLC S/I/I TO PROVIDIAN NATL BANK | 2,247.11 | 67.41 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 644.19 | 19.33 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC TAXPAYER FINANCIAL SERVICES | 2,882.00 | 86.46 | 0.00 | 0.00 |
| 011 | MIDLAND CREDIT MANAGEMENT INC | 1,201.05 | 36.03 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 4,765.74 | 142.97 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,537.61 | 46.13 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 13,604.50 | 408.13 | 0.00 | 0.00 |
| | Grand Total: | 131,063.79 | 18,383.37 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00  
Trustee Allowance:          $0.00  
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  01/23/2009            By   /s/Heather M. Fagan